GRANTED in part; DENIED in part. The court awarded the defendants their reasonable expenses incurred in making their "Renewed Motion to Compel" filed on May 16, 2003. On August 4, 2003, the defendants filed this application. See doc. #35. The defendants' fee application includes time expended on matters other than their May 16, 2003 motion. Because the defendants were awarded their costs only in conjunction with their "Renewed Motion to Compel," the court excludes expenses for other matters. Accordingly, the defendants are awarded 1.40 hours at $150/hour for a total of $210. SO ORDERED.

Donna F. Martinez, U.S.M.J.
1/5/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KI SOK CHUNG, BYUNG O. CHUNG, OK HYUN NOH a/k/a OK HYUN LEE, HEE KEE NOH, SOON DUK KIM a/k/a SOON DUK PARK, DAE SHIK KIM, MYONG HEE KIM a/k/a MYUNG HEE KIM, YUN SANG KIM, ONE HO KIM, CHANG SOOK KIM, HYO SIM LEE, SU YOUNG LEE, SEONG HEE KIM a/k/a SONG HEE KIM, SAM YOUNG CHOI, YOUNG CHOO YU, CE CHOONG YI, SUNG AEE KIM a/k/a SUNG AEE YANGKIM, MIN HYUN KIM, MI HWA LIM a/k/a MI HWA KIM-LIM, PYONG HEE KIM, JUNG ZI WEN a/k/a WEN JUNG ZI, DUK SOO KWON, GUN HEE YEO and JIN HWA JANG a/k/a JIN MWA JONG<br>Plaintiffs<br>VS<br>NICHOLAS CERRONE and TRACY A. CERRONE<br>Defendants | CIVIL<br>302CV812 (AWT)<br><br>AUGUST 1, 2003 |

## MOTION FOR COSTS

On July 16, 2003 the Honorable Judge Donna F. Martinez issued an order, granting the defendants' motion to compel and further ordering the plaintiffs to pay costs upon submission of proof of costs by the defense by August 4, 2003.

1