**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
KI SOK CHUNG, et al,           :
                               :
        Plaintiffs,            :
                               :
v.                             :     Civ No. 3:02CV812(AWT)
                               :
NICHOLAS CERRONE, et al,       :
                               :
        Defendants.            :
                               :
-------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

<u>     </u>  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

<u>     </u>  A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

<u>     </u>  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

<u>  X  </u>  A ruling on the following motion, which is currently pending:(orefm.)
  • Doc.#<u> 52 </u>  Defendants' Motion to Dismiss Pursuant to Rule 37

<u>     </u>  A settlement conference (orefmisc./cnf)

<u>     </u>  A conference to discuss the following:  (orefmisc./cnf)

<u>     </u>  Other:  (orefmisc./misc)<u>                          </u>

SO ORDERED this 27th day of February, 2004, at Hartford, Connecticut.

                                              <u>    /s/    </u>
                                              Alvin W. Thompson
                                      United States District Judge