UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------------X
KI SOK CHUNG, BYUNG O. CHUNG, OK HYN NOH a/k/a OK HYUN LEE, HEE KEE, NOH, SOON DUK KIM, MYONG HEE KIM a/k/a MYUNG HEE KIM, YUN SANG KIM, ONE HO KIM, CHANG SOOK KIM, HYO SIM LEE, SU YOUNG LEE, SEONG HEE KIM a/k/a SONG HEE KIM, SAM YOUNG CHOI, YOUNG CHOO YU, CE CHOONG YI, SUNG AEE KIM a/k/a SUNG AEE YANGKIM, MIN HYUN KIM, MI HWA LIM a/k/a MI HWA KIM-LIM, PYONG HEE KIM, JUNG ZI WEN a/k/a WEN JUNG ZI, DUK SOO KWON, GUNN HEE YEO and JIN HWA JANG a/k/a JIN MWA JONG,

**302 CV 812 (AWT)**

CERTIFICATE OF SERVICE

Hon. Alvin W. Thompson, USDJ
Hon Donna F. Martinez, USMJ

*Plaintiffs*,
          -against-
NICHOLAS CERRONE and TRACY A. CERRONE,

*Defendants.*
-------------------------------------------------------------------X

I hereby certify that copies of the following documents:

1. **DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 37  (with Exhibits)**
2. **MEMORANDUM OF LAW**

were served by USPS Priority Mail DC # 0302 1790 0002 6620 7029 on March 18, 2004 on:

John W. Mills,  Murphy and Karpie LLP
350 Fairfield Avenue
Bridgeport, CT  06604

and electronically filed with the Court on March 18, 2004.

With a courtesy copy mailed to:     [US PS Priority Mail DC # 0302 1790 0002 6620 7012]

Hon. Donna F. Martinez, USMJ
US Courthouse, USDC Dist. of Conn.
450 Main Street
Hartford, CT 06103

_____
Victor M. Serby [CT-020810]



