FILED

2004 MAR 22  P 1:42

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KI SOK CHUNG, BYUNG O. CHUNG, OK HYUN NOH a/k/a OK HYUN LEE, HEE KEE NOH, SOON DUK KIM a/k/a SOON DUK PARK, DAE SHIK KIM, MYONG HEE KIM a/k/a MYUNG HEE KIM, YUN SANG KIM, ONE HO KIM, CHANG SOOK KIM, HYO SIM LEE, SU YOUNG LEE, SEONG HEE KIM a/k/a SONG HEE KIM, SAM YOUNG CHOI, YOUNG CHOO YU, CE CHOONG YI, SUNG AEE KIM a/k/a SUNG AEE YANGKIM, MIN HYUN KIM, MI HWA LIM a/k/a MI HWA KIM-LIM, PYONG HEE KIM, JUNG ZI WEN a/k/a WEN JUNG ZI, DUK SOO KWON, GUN HEE YEO and JIN HWA JANG a/k/a JIN MWA JONG<br>Plaintiffs<br>VS<br>NICHOLAS CERRONE and TRACY A. CERRONE<br>Defendants | CIVIL<br>302CV812 (AWT)<br><br>MARCH 19, 2004 |

**OBJECTION TO RECOMMENDED RULING ON MOTION TO DISMISS**

The defendants in the above-captioned matter respectfully object to the recommended ruling on their prior motion to dismiss dated August 4, 2003. The

1

defendants object solely on the grounds that they have since been required to file a <u>subsequent</u> motion to dismiss for the plaintiffs' subsequent failure to comply with additional court orders not discussed in the recommended ruling.

The defendants filed a renewed motion to dismiss on February 25, 2004, as a result of the plaintiffs' ongoing failure to produce records, discovery responses and MRI films for each plaintiff. The recommended order now issued by the court does not address the February 25, 2004 motion to dismiss, and instead addresses only the prior motion to dismiss filed on August 4, 2003. The recommended ruling that the attorneys confer, and that plaintiffs' counsel produce all outstanding records within ten days, was identical to the order issued from the bench at the hearing held on October 7, 2003. Although more than five months has now elapsed, the plaintiffs have yet to furnish any additional interrogatory responses or to provide any of the requested information requested by the defense. While MRI films have been produced for some of the plaintiffs, others remain missing.

The court has already provided the plaintiffs and their attorneys with multiple opportunities to comply. Despite direct court orders to provide complete

compliance immediately, the plaintiffs have failed to provide a single supplemental interrogatory answer to the defense over the last five months. While the sanction of dismissal is harsh, it is completely appropriate given the facts now before the court.

Because prior orders demanding discovery compliance have been ignored by the plaintiffs, the defense objects to the recommended ruling ordering counsel to confer to try and agree on the remaining discovery. A full hearing has already been held on the outstanding discovery, wherein the plaintiffs were ordered to comply to specific interrogatories and production requests immediately. They have failed to do so, and the case should be dismissed. Any efforts by defense counsel to cajole the plaintiffs' attorney into providing discovery will be useless; we are well beyond that point.

The recommended ruling is directed at a prior motion to dismiss filed long ago. The more recent motion filed on February 25, 2004 outlines additional misconduct by the plaintiffs. The defense respectfully requests that the court consider that motion further, and dismiss this case for the reasons stated and discussed therein.

THE DEFENDANTS

By /s/ John
JOHN W. MILLS
MURPHY and KARPIE
350 Fairfield Avenue
Bridgeport, CT 06604
Tel: (203) 333-0177
Facsimile: (203) 333-8475
Federal bar No.: ct11706

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, U.S. Mail, postage prepaid on March 19, 2004 to:

>Victor M. Serby, Esquire
>350 Fifth Avenue, Suite 6305
>New York, NY 10118

_____
JOHN W. MILLS