FILED

2004 MAR 24 P 2 05

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KI SOK CHUNG, BYUNG O. CHUNG, OK HYUN NOH a/k/a OK HYUN LEE, HEE KEE NOH, SOON DUK KIM a/k/a SOON DUK PARK, DAE SHIK KIM, MYONG HEE KIM a/k/a MYUNG HEE KIM, YUN SANG KIM, ONE HO KIM, CHANG SOOK KIM, HYO SIM LEE, SU YOUNG LEE, SEONG HEE KIM a/k/a SONG HEE KIM, SAM YOUNG CHOI, YOUNG CHOO YU, CE CHOONG YI, SUNG AEE KIM a/k/a SUNG AEE YANGKIM, MIN HYUN KIM, MI HWA LIM a/k/a MI HWA KIM-LIM, PYONG HEE KIM, JUNG ZI WEN a/k/a WEN JUNG ZI, DUK SOO KWON, GUN HEE YEO and JIN HWA JANG a/k/a JIN MWA JONG<br>Plaintiffs<br>VS<br>NICHOLAS CERRONE and TRACY A. CERRONE<br>Defendants | CIVIL<br>302CV812 (AWT)<br><br>MARCH 19, 2004 |

### DEFENDANTS' REPLY MEMORANDUM

The plaintiffs' argument that the defense has failed to confer or otherwise request the voluminous outstanding discovery is truly ludicrous. The undersigned

1

has repeatedly requested that the plaintiffs answer interrogatories and production requests filed well more than one year ago. The defendants' requests for information were also made in open court, as part of the discovery hearing held five months ago. The suggestion that the defense has never alerted Attorney Serby to the outstanding interrogatories is absurd.

The required affidavit from the undersigned is attached hereto as an exhibit. A memorandum of law is also filed in further support of the defendants' motion to dismiss. The statements made by Attorney Serby in his memorandum and affidavit or either factually incorrect, or irrelevant. It can not be disputed that the plaintiffs have continued to ignore a standing court order issued more than five months ago to answer all outstanding interrogatories and production requests. Bare bones, basic information requested by the defense for each plaintiff claiming personal injuries, such as an itemized list of medical bills and an indication as to which bills have been paid by insurance, remain completely unanswered. No information pertaining to lost wages or impairment of earning capacity has been provided. No expert disclosure has been produced, despite the fact that the court imposed deadline for

doing so elapsed last month. The plaintiffs have done nothing other than regurgitate copies of the their no-fault files, which contain a mishmash of initial hospital records and treatment notes from immediately after the subject auto accident. The plaintiffs' conduct is outrageous, and their case should be dismissed with prejudice.

                                              THE DEFENDANTS

By _[signature]_____
JOHN W. MILLS
MURPHY and KARPIE
350 Fairfield Avenue
Bridgeport, CT 06604
Tel: (203) 333-0177
Facsimile: (203) 333-8475
Federal bar No.: ct11706

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, U.S. Mail, postage prepaid on March 23, 2004 to:

>Victor M. Serby, Esquire
>350 Fifth Avenue, Suite 6305
>New York, NY 10118

_____
JOHN W. MILLS

EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KI SOK CHUNG, BYUNG O. CHUNG, OK HYUN NOH a/k/a OK HYUN LEE, HEE KEE NOH, SOON DUK KIM a/k/a SOON DUK PARK, DAE SHIK KIM, MYONG HEE KIM a/k/a MYUNG HEE KIM, YUN SANG KIM, ONE HO KIM, CHANG SOOK KIM, HYO SIM LEE, SU YOUNG LEE, SEONG HEE KIM a/k/a SONG HEE KIM, SAM YOUNG CHOI, YOUNG CHOO YU, CE CHOONG YI, SUNG AEE KIM a/k/a SUNG AEE YANGKIM, MIN HYUN KIM, MI HWA LIM a/k/a MI HWA KIM-LIM, PYONG HEE KIM, JUNG ZI WEN a/k/a WEN JUNG ZI, DUK SOO KWON, GUN HEE YEO and JIN HWA JANG a/k/a JIN MWA JONG<br>Plaintiffs<br>VS<br>NICHOLAS CERRONE and TRACY A. CERRONE<br>Defendants | CIVIL<br>302CV812 (AWT)<br><br>MARCH 23, 2004 |

### AFFIDAVIT

I, JOHN W. MILLS, do hereby swear the following to be true and accurate:

1. I am over the age of eighteen;

1

2. I understand and believe in the obligations of providing testimony under oath;

3. I make the following declarations based upon personal knowledge;

4. I am the attorney for the defendants in this case;

5. After conferring with Attorney Serby regarding outstanding discovery, we agreed to meet at my office on January 16, 2004 at 11:00 a.m.;

6. Mr. Serby did not show up for the meeting until 12:30 p.m.;

7. Mr. Serby did not produce any supplemental interrogatories as ordered by the court at said meeting, but instead presented the defense with a box of medical records containing over 1600 pages;

8. At said meeting I explained to Mr. Serby that I had a deposition in another case commencing at 2:00 p.m.;

9. At said meeting it was also discussed that it would not be feasible to sit down and review 1600 pages of records;

10. At said meeting Mr. Serby represented that all of the missing information was contained in the records; and that I would have no trouble assessing the claims presented;

11. Mr. Serby and his associate agreed that there was nothing to be gained by further conversation, and agreed to conclude the meeting.

12. Since reviewing the voluminous records produced at the meeting and filing a renewed motion to dismiss on February 4, 2004, I have received no additional

information whatsoever from Attorney Serby, who has yet to comply with two prior court orders to answer all interrogatories and production requests;

13. Each of the four prior motions filed by the defense has articulated, in great detail, exactly what information is missing, and copies of all said motions were sent to Mr. Serby.

_____
JOHN W. MILLS


    On March 23, 2004 John W. Mills appeared before me, and swore to the truth and veracity of the above statement.

_____
Karen L. Karpie, Commissioner
Of the Superior Court

3