**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
---------------------------x
                           :
KI SOK CHUNG ET AL,        :
                           :
     Plaintiffs,           :
                           :
v.                         :      Civ. No. 3:02CV812 (AWT)
                           :
NICHOLAS CERRONE and       :
TRACY A. CERRONE,          :
                           :
     Defendants.           :
                           :
---------------------------x
```

**ENDORSEMENT ORDER**

    Upon review and pursuant to 28 U.S.C. §636(b) and Rule 72.2 of the Local Rules for United States Magistrate Judges (D.Conn.), the Recommended Ruling on Motion to Dismiss and Order Regarding Discovery (Doc. No. 54), which denies the defendants' motion to dismiss (Doc. No. 39), is hereby ACCEPTED, over objection.

    It is so ordered.

    Dated at Hartford, Connecticut, this 31st day of March 2004.

                                                        /s/
                                        Alvin W. Thompson
                                United States District Judge