**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
KI SOK CHUNG, et al,           :
                               :
         Plaintiffs,           :
                               :
v.                             :    Civ No. 3:02CV812(AWT)
                               :
NICHOLAS CERRONE, et al,       :
                               :
         Defendants.           :
                               :
-------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

\_\_\_\_\_  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_\_  A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

\_\_\_\_\_  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

__X__  A ruling on the following motion, which is currently pending:(orefm.)
   • Doc.#<u> 51 </u>  <u>Plaintiff's Motion for Extension of Time</u>

\_\_\_\_\_  A settlement conference (orefmisc./cnf)

\_\_\_\_\_  A conference to discuss the following:  (orefmisc./cnf)

\_\_\_\_\_  Other:  (orefmisc./misc)_____

SO ORDERED this 8th day of June, 2004, at Hartford, Connecticut.

/s/<br>
Alvin W. Thompson<br>
United States District Judge