UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KI SOK CHUNG, BYUNG O. CHUNG, OK HYUN NOH a/k/a KL HYN LEE, HEE KEE NOH, SOON DUK KIM a/k/a SOON DUK PARK, DAE SHIK KIM, MYONG HEE KIM a/k/a MYUNG HEE KIM, YUN SANG KIM, ONE HO KIM, CHANGE SOOK KIM, HYO SIM LEE, SU YOUNG LEE, SEONG HEE KIM a/k/a SONG HEE KIM, SAM YOUNG CHOI, YOUNG CHU YU, CE CHOONG YI, SUNG AEE KIM a/k/a SUNG AEE YANGKIM, MIN HYUN KIM, MI HWA LIM a/k/a MI HWA KIM-LIM, PYONG HEE KIM, JUNG ZI WEN a/k/a WEN JUNG ZI, DUK SOO KWON, GUN HEE YEO AND JIN HWA JANG a/k/a JIN MWA JONG | CIVIL 302CV812 (AWT) |
| Plaintiffs | |
| Vs | |
| NICHOLAS CERRONE and TRACY A. CERRONE | |
| Defendants | November 15, 2004 |

## **APPEARANCE**

Please enter the appearance of Michael O. Connelly as attorney for the defendants, Nicholas Cerrone and Tracy A. Cerrone in this matter.

        THE DEFENDANTS
        NICHOLAS CERRONE AND TRACY
        A. CERRONE


BY_____
MICHAEL O. CONNELLY, Esq. ct 22771
MURPHY and KARPIE LLC
350 FAIRFIELD AVE., SUITE 408
BRIDGEPORT, CT 06604
Ph. 203-333-0177, Fax 203-333-8475
E-mail Moconnelly@sbcglobal.net

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed this 15th day of November, 2004 to the following:

Victor M. Serby, Esq.
Empire State Building
350 Fifth Avenue, Suite 6305
New York, NY  10118

 

_____
MICHAEL O. CONNELLY