UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KI SOK CHUNG, BYUNG O. CHUNG, OK HYUN NOH a/k/a KL HYN LEE, HEE KEE NOH, SOON DUK KIM a/k/a SOON DUK PARK, DAE SHIK KIM, MYONG HEE KIM a/k/a MYUNG HEE KIM, YUN SANG KIM, ONE HO KIM, CHANGE SOOK KIM, HYO SIM LEE, SU YOUNG LEE, SEONG HEE KIM a/k/a SONG HEE KIM, SAM YOUNG CHOI, YOUNG CHU YU, CE CHOONG YI, SUNG AEE KIM a/k/a SUNG AEE YANGKIM, MIN HYUN KIM, MI HWA LIM a/k/a MI HWA KIM-LIM, PYONG HEE KIM, JUNG ZI WEN a/k/a WEN JUNG ZI, DUK SOO KWON, GUN HEE YEO AND JIN HWA JANG a/k/a JIN MWA JONG | CIVIL 302CV812 (AWT) |
| Plaintiffs | |
| Vs | |
| NICHOLAS CERRONE and TRACY A. CERRONE | |
| Defendants | November 15, 2004 |

## **APPEARANCE**

Please enter the appearance of Karen L. Karpie as attorney for the defendants, Nicholas Cerrone and Tracy A. Cerrone in this matter.

        THE DEFENDANTS
        NICHOLAS CERRONE AND TRACY
        A. CERRONE


        BY_____
        KAREN L. KARPIE, ESQ. ct 04269
        MURPHY and KARPIE LLC
        350 FAIRFIELD AVE., SUITE 408
        BRIDGEPORT, CT 06604
        Ph. 203-333-0177, Fax 203-333-8475
        E-mail Klkarpie@sbcglobal.net

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed this 15th day of November, 2004 to the following:

Victor M. Serby, Esq.  
Empire State Building  
350 Fifth Avenue, Suite 6305  
New York, NY  10118

                                                            _____  
                                                            KAREN L. KARPIE