UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KI SOK CHUNG, BYUNG O. CHUNG, OK HYUN NOH a/k/a OK HYUN LEE, HEE KEE NOH, SOON DUK KIM a/k/a SOON DUK PARK, DAE SHIK KIM, MYONG HEE KIM a/k/a MYUNG HEE KIM, YUN SANG KIM, ONE HO KIM, CHANG SOOK KIM, HYO SIM LEE, SU YOUNG LEE, SEONG HEE KIM a/k/a SONG HEE KIM, SAM YOUNG CHOI, YOUNG CHOO YU, CE CHOONG YI, SUNG AEE KIM a/k/a SUNG AEE YANGKIM, MIN HYUN KIM, MI HWA LIM a/k/a MI HWA KIM-LIM, PYONG HEE KIM, JUNG ZI WEN a/k/a WEN JUNG ZI, DUK SOO KWON, GUN HEE YEO and JIN HWA JANG a/k/a JIN MWA JONG<br>　　　　　　　Plaintiffs<br>　　　　　　　VS<br>NICHOLAS CERRONE and TRACY A. CERRONE<br>　　　　　　　Defendants | CIVIL<br>302CV812 (AWT)<br><br><br>NOVEMBER 15, 2004 |

**MOTION TO WITHDRAW**

The undersigned hereby moves to withdraw his appearance in this case for the defendants, Nicholas Cerrone and Tracy A. Cerrone, for the reason that he is leaving Murphy and Karpie, LLC and Nicholas Cerrone and Tracy A. Cerrone desire to be represented in this matter by Attorneys Karen L. Karpie and Michael O. Connelly of Murphy and Karpie, LLC, both of whom are filing appearances in this matter for Nicholas Cerrone and Tracy A. Cerrone.

        THE DEFENDANTS
        NICHOLAS CERRONE AND TRACY L. CERRONE


        BY_____
        John W. Mills, Esq. CT 11706
        MURPHY and KARPIE, LLC
        350 Fairfield Avenue, Suite 408
        Bridgeport, CT 06604
        Tel. 203-333-0177, Fax 203-333-8475
        E-mail Johnwmills@sbcglobal.net

**CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed this 15th day of November, 2004 to the following:

Victor M. Serby, Esq.
Empire State Building
350 Fifth Avenue, Suite 6305
New York, NY  10118

_____
JOHN W. MILLS