UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KI SOK CHUNG, BYUNG O. CHUNG, OK
HYUN NOH a/k/a OK HYUN LEE, HEE KEE
NOH, SOON DUK KIM a/k/a SOON DUK PARK,
DAE SHIK KIM, MYONG HEE KIM a/k/a
MYUNG HEE KIM, YUN SANG KIM, ONE HO
KIM, CHANG SOOK KIM, HYO SIM LEE, SU
YOUNG LEE, SEONG HEE KIM a/k/a SONG
HEE KIM, SAM YOUNG CHOI, YOUNG CHOO
YU, CE CHOONG YI, SUNG AEE KIM a/k/a
SUNG AEE YANGKIM, MIN HYUN KIM, MI
HWA LIM a/k/a MI HWA KIM-LIM, PYONG HEE
KIM, JUNG ZI WEN a/k/a WEN JUNG ZI, DUK
SOO KWON, GUN HEE YEO and JIN HWA
JANG a/k/a JIN MWA JONG
               Plaintiffs
                 VS
NICHOLAS CERRONE and TRACY A.
               CERRONE
             Defendants



302CV812(AWT)

NOVEMBER 15, 2004

## MOTION TO WITHDRAW

The undersigned hereby moves to withdraw his appearance in this case for the defendants Nicholas Cerrone and Tracy A. Cerrone, for the reason that he is leaving Murphy and Karpie, LLC and Nicholas Cerrone and Tracy A. Cerrone desire to be represented in this matter by Attorneys Karen L. Karpie and Michael O. Connelly of Murphy and Karpie, LLC, both of whom are filing appearances in this matter for Nicholas Cerrone and Tracy A. Cerrone.

        THE DEFENDANTS
        NICHOLAS CERRONE AND TRACY A. CERRONE

        BY _____
        JOHN W. MILLS ct 11706
        MURPHY and KARPIE, LLC
        350 Fairfield Avenue, Suite 408
        Bridgeport, CT 06604
        Ph. 203-333-0177, Fax # 203-333-8475
        E-Mail Johnwmills@sbcglobal.net

**GRANTED. It is so ordered.**

**Alvin W. Thompson, U.S.D.J**
Hartford, CT   11/30/04