UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JAN 19 P 12:48

U.S. DISTRICT COURT
HARTFORD, CT.

KI SOK CHUNG, ET AL.,          :
    Plaintiffs,                :
                               :
  v.                           :    CASE NO. 3:02CV812 (AWT)
                               :
NICHOLAS CERRONE, ET AL.,      :
    Defendants.                :

### NOTICE AND ORDER

The parties shall submit a joint status report on or before February 2, 2005. The report will address the matters listed in Fed. R. Civ. P. 16(c).

SO ORDERED at Hartford, Connecticut this 19th day of January, 2005.

                                       Donna F. Martinez
                                       United States Magistrate Judge