UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KI SOK CHUNG, BYUNG O. CHUNG, OK HYUN NOH a/k/a OK HYUN LEE, HEE KEE NOH, SOON DUK KIM a/k/a SOON DUK PARK, DAE SHIK KIM, MYONG HEE KIM a/k/a MYUNG HEE KIM, YUN SANG KIM, ONE HO KIM, CHANG SOOK KIM, HYO SIM LEE, SU YOUNG LEE, SEONG HEE KIM a/k/a SONG HEE KIM, SAM YOUNG CHOI, YOUNG CHOO YU, CE CHOONG YI, SUNG AEE KIM a/k/a SUNG AEE YANGKIM, MIN HYUN KIM, MI HWA LIM a/k/a MI HWA KIM-LIM, PYONG HEE KIM, JUNG ZI WEN a/k/a WEN JUNG ZI, DUK SOO KWON, GUN HEE YEO and JIN HWA JANG a/k/a JIN MWA JONG<br>　　　　　　　Plaintiffs<br>　　　　　　　VS<br>NICHOLAS CERRONE and TRACY A. CERRONE<br>　　　　　　　Defendants | CIVIL<br>302CV812 (AWT)<br><br>January 24, 2005 |

## **JOINT MOTION TO EXTEND TIME TO SUBMIT JOINT STATUS REPORT**

Pursuant to Local Rule 7(b), the parties jointly request a 30 day extension of time, until March 2, 2005, within which to submit a joint status report. The court issued an order to submit a joint status report, addressing the matters listed in Fed. R. Civ. P. 16 (c), on or before February 2, 2005, and it is this deadline the parties are seeking to extend.

In support of this motion, the parties jointly represent that they have been very actively engaged in settlement negotiations and need additional time to pursue settlement of all the claims.

All parties agree to this motion to extend time. This is the first motion to extend time submitted with respect to this particular deadline

THE DEFENDANTS
NICHOLAS CERRONE AND TRACY A. CERRONE


BY_____
Karen L. Karpie ct 04279
MURPHY and KARPIE, LLC
350 Fairfield Avenue, Suite 408
Bridgeport, CT 06604
Ph. 203-333-0177, Fax # 203-333-8475
E-Mail Klkarpie@sbcglobal.net

THE PLAINTIFFS


BY_____
Victor M. Serby, Esq.
Empire State Building
350 Fifth Avenue, Suite 6305
New York, NY  10118
Fax 267-841-0009

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, Via U.S. Mail, postage prepaid this 24TH day of January, 2005 to the following:

Victor M. Serby, Esq.
Empire State Building
350 Fifth Avenue, Suite 6305
New York, NY  10118

_____
KAREN L. KARPIE