UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
-----------------------------------x
KI SOK CHUNG, BYUNG O. CHUNG,       :
OK HYUN NOH a/k/a OK HYUN LEE,      :
HEE KEE NOH, SOON DUK KIM a/k/a     :
SOON DUK PARK, DAE SHIK KIM,        :
MYONG HEE KIM a/k/a MYUNG HEE       :
KIM, YUN SANG KIM, ONE HO KIM,      :
CHANG SOOK KIM, HYO SIM LEE,        :
SEONG HEE KIM a/k/a SONG HEE        :
KIM, SAM YONG CHOI, YOUNG CHOO      :
YU, CE CHOONG YI, SUNG AEE KIM      :
a/k/a SUNG AEE YANGKIM, MIN HYUN    :
KIM, MI HWA LIM a/k/a MI HWA        :
KIM-LIM, PYONG HEE KIM, JING ZI     :
WEN a/k/a WEN JING ZI, DUK SOO      :
KWON, GUN HEE YEO, JIN HWA JANG     :
a/k/a JIN MWA JONG, and SU          :
YOUNG LEE                           :
                                    :
     v.                             :   CASE NO. 3:02CV812 (AWT)
                                    :
NICHOLAS CERRONE, and               :
TRACY A. CERRONE                    :
-----------------------------------x
```

JUDGMENT

Counsel of record having reported to the court on March 2, 2005, that the above-entitled case has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to reopen the case if the settlement has not been consummated.

Dated at Hartford, Connecticut this 6th day of April, 2005.

KEVIN F. ROWE, Clerk

By:_____
    Sandra Smith
    Deputy Clerk

EOD _____