UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KI SOK CHUNG, BYUNG O. CHUNG, OK HYUN NOH a/k/a OK HYUN LEE, HEE KEE NOH, SOON DUK KIM a/k/a SOON DUK PARK, DAE SHIK KIM, MYONG HEE KIM a/k/a MYUNG HEE KIM, YUN SANG KIM, ONE HO KIM, CHANG SOOK KIM, HYO SIM LEE, SU YOUNG LEE, SEONG HEE KIM a/k/a SONG HEE KIM, SAM YOUNG CHOI, YOUNG CHOO YU, CE CHOONG YI, SUNG AEE KIM a/k/a SUNG AEE YANGKIM, MIN HYUN KIM, MI HWA LIM a/k/a MI HWA KIM-LIM, PYONG HEE KIM, JUNG ZI WEN a/k/a WEN JUNG ZI, DUK SOO KWON, GUN HEE YEO and JIN HWA JANG a/k/a JIN MWA JONG | |
| Plaintiffs | CIVIL |
| VS | 302CV812 (AWT) |
| NICHOLAS CERRONE and TRACY A. CERRONE | |
| Defendants | MARCH 15, 2005 |

**STIPULATION OF DISMISSAL**

Pursuant to the provisions of FRCP 41, all parties hereby stipulate that the above case be dismissed with prejudice.

1

DEFENDANTS


BY_____
KAREN L. KARPIE
MURPHY AND  KARPIE, LLC
350 Fairfield Ave., Suite 408
Bridgeport, CT 06604
Federal Bar No.:  ct04269
Phone # 203-333-0177


ALL  THE PLAINTIFFS

BY_____  16 MAR 05
Victor M. Serby, Esq.
Empire State Building
350 Fifth Avenue, Suite 6305
New York, NY 10118
Federal Bar No.: ct020810
Phone: 212-760-0111

2

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this 6th day of April, 2005 to the following:

Victor M. Serby, Esq.
Empire State Building
350 Fifth Avenue, Suite 6305
New York, NY  10118

_____
KAREN L. KARPIE